JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 12-7930-MWF (VBKx)**   Date:  **October 17, 2012**

Title:    Wells Fargo Bank, NA -*v*- Roberto Peraza, et al.

---

PRESENT:  HON. MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                         None Present

PROCEEDINGS (IN CHAMBERS):  ORDER REMANDING ACTION

    On September 13, 2012, Defendants removed this action to federal court. The jurisdictional allegations appeared to be defective, and on September 24, 2012, the Court *sua sponte* issued an Order to Show Cause re Jurisdiction, directing Defendants to respond in writing no later than October 8, 2012, and advising Defendants of the District's Pro Se Clinic.  (Docket No. 4).  Defendants did not respond to the Order to Show Cause.

    Accordingly, the Court concludes that it lacks subject matter jurisdiction over the claims at issue and *sua sponte* remands the action to California Superior Court.

    IT IS SO ORDERED.